UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Louise Neumon                  )
                                   )   C/A No. 4:06-01652-GRA-TER
            Plaintiff,        )
                                   )
v.                             )         **ORDER**
                                   )     (Written Opinion)
Michael J. Astrue,             )
Commissioner of Social Security   )
                                   )
           Respondent.     )
_____ )

      This matter is before the Court for review of the magistrate's Report and Recommendation made in accordance with Local Rule 73.02(B)(2)(a), D.S.C., and issued on July 23, 2007. Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner. The Commissioner denied the plaintiff's claim for disability insurance benefits and supplemental security income. The magistrate recommends reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings.

      The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and responsibility for making a final determination remains with this Court. *Matthews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court

1

may "accept, reject, or modify, in whole or in part, the findings or recommendation made by the magistrate."  28 U.S.C. § 636(b)(1).  This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id.*  In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation.  *Camby v. Davis*, 718 F.2d 198 (4th Cir. 1983).    No objections to the Report and Recommendation were filed.

After a review of the magistrate's Report and Recommendation, this Court finds that the report is based upon the proper law.    Accordingly, the Report and Recommendation is accepted and adopted in its entirety.

IT IS THEREFORE ORDERED that the decision of the Commissioner be REVERSED and REMANDED for further administrative action consistent with the magistrate's Report and Recommendation.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

August 29, 2007
Anderson, South Carolina

2