UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Louise Neumon, | ) | C/A No.: 4:06-cv-01652-GRA-TER |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to 28 U.S.C. § 2412. The petition for attorney's fees originally sought $5,407.42 for 33.15 hours of work at $163.12 per hour. The plaintiff's attorney later filed a stipulation with the Court stating that counsel for Plaintiff agrees to Defendant's suggested amount of $5,081.18 in attorney's fees for 31.15 hours at $163.12 per hour. Plaintiff's attorney also petitions the Court for costs and expenses in the amount of $373.00 ($357.00 for costs and $16.00 for expenses).

The government filed a response to the petition for attorney's fees and costs. The government does not object to the request for attorney's fees in the amount of $5,081.18 (31.15 hours at $163.12 per hour). While the government does not object to the request for costs and expenses, it notes that the amount for costs are to be paid directly from the Judgment Fund. *See* 28 U.S.C. §§ 2412(c)(1), 2414.

1

After a review of the record, the petition for attorney's fees, and the government's response thereto, this Court finds that a request for an award of attorney's fees and costs, in the amount requested, is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded five thousand eighty-one dollars and eighteen cents ($5,081.18) in attorney's fees.

IT IS FURTHER ORDERED that Plaintiff's attorney be awarded three hundred seventy-three dollars ($373.00) for costs and expenses.  Of that $373.00, the Court notes that the amount representing the costs, three hundred fifty-seven dollars ($357.00), is to be paid directly from the Judgement Fund.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

November 27, 2007
Anderson, South Carolina